United States District Court
Southern District of Texas
**ENTERED**
September 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, *et al*, § § § § Plaintiffs, § VS. § UNITED STATES ENVIRONMENTAL § PROTECTION AGENCY, *et al*, § § Defendants. § | CIVIL ACTION NO. 3:15-CV-00266 |

## **ORDER**

Now before the Court is Plaintiff's Motion to Reopen Case. (Dkt. 52). Currently in administrative closure (Dkt. 47), Plaintiffs seek to have this case reopened after the Supreme Court's decision in *Nat'l Ass'n of Mfrs.*, where this Court's original jurisdiction to hear challenges to the "Clean Water Rule: Definition of 'Waters of the United States'" (the "Rule"), 80 Fed. Reg. 37,054 (June 29, 2015), was confirmed. *See Nat'l Ass'n of Mfrs. v. DOD*, 138 S. Ct. 617, 624 (2018). Having read the motion, the response, and taking into account the preliminary injunction that was recently granted in a companion case (*State of Texas et al v. United States Environmental Protection Agency et al*, 3:15-cv-00165 at Dkt. 140) the Court hereby **GRANTS** the motion and **ORDERS** that this case, Civil Action No. 3:15-CV-00266, be reopened.

SIGNED at Galveston, Texas, this 21st day of September, 2018.

_____
George C. Hanks Jr.
United States District Judge